UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                           )    Case No. _____

                                 )

                                 )    **Notice of Debtor's**

                                 )    **Amendment of Mailing List or**

Debtor(s)                      )    **Schedules D, E, F, E/F, G, or H**

1. **Filing Instructions for Debtor(s)**

   A. File this form to add or delete creditors from the mailing list and/or Official Forms (OF) Schedules D, E, F, E/F, G or H, or change the amount or classification of a debt listed on Schedules D, E, F and/or E/F. An amendment filing fee is required.

   B. If filing in paper, include a creditor mailing list with only the new or deleted creditors listed in the format set forth on Local Bankruptcy Form (LBF) 104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).

   C. If amending Schedules D, E, F, E/F, G or H, label them as "Supplemental" and include only the new information, and file them with this notice.

   D. If amending Schedules D, E, F or E/F, file OF B 106Sum for individual debtors, or OF B 206Sum for non-individual debtors.

   E. If the case is closed, file a separate motion to reopen with the applicable filing fee.

   F. To file an address change for a previously listed creditor, use LBF 101C instead of this form.

2. **Service Instructions for Debtor(s)**

   A. When adding creditors, serve each new creditor with this notice, and a copy of any of the following documents that have already been filed in this case:

      1. The notice of meeting of creditors (i.e., notice of bankruptcy case) that includes all 9 digits of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).

      2. Each applicable amended schedule.

      3. When the time for filing a timely proof of claim or complaint under 11 U.S.C. § 523(c) or § 727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. You must create this notification.

      4. Chapter 7 or 11: Any order fixing time for filing a proof of claim form.

5. Chapter 9, 11, 12, or 13:

- The notice of any pending confirmation hearing, all related documents sent with that notice and, in a chapter 13 case, the most recent proposed plan; or

- The most recent confirmation order, the most recent confirmed plan, and, if a confirmed chapter 11 plan, the approved disclosure statement.

6. Chapter 11, 12 or 13: Any notice of modification of plan, including attachments, if time for objection has not expired.

7. Chapter 9 or 11:

- The names and addresses of the chairperson and any attorney for each official committee of creditors or equity security holders.

- The notice of any pending hearing on a disclosure statement, with attachments.

B. When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim, serve each affected creditor with this notice, the applicable amended schedule(s), and the following:

1. A notice to each deleted creditor that:

- the creditor is being deleted and will not receive any further notices; and

- if time has been fixed to file a proof of claim, the creditor should contact the creditor's attorney with any claims questions.

2. Chapter 9 or 11: A notice to each affected creditor that a proof of claim must be filed by the later of (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

3. **Certificate of Compliance**

The undersigned debtor or debtor's attorney certifies that: (A) all applicable requirements above have been completed; and (B) the attachments are true and correct or were individually verified by the debtor(s).

Dated: _____

_____
Signature

_____
Type or Print Signer's Name <u>and</u> Phone No.

_____
Debtor's Address & Taxpayer ID#(s) (last 4 digits)

Alaska Air Cargo
P.O. Box 749877
Los Angeles, CA 90074-9877

Amerigas
P.O. Box 660288
Dallas, TX 75266-0288

Axle Logistics
P.O. Box 631490
Cincinnati, OH 45263-1490

Bandon Fabrication, LLC
55374 Rosa Road
Bandon, OR 97411

BNT Promotional Products
PO Box 327
North Bend, OR 97459

Capital One
PO Box 60599
City of Industry, CA 91716-0599

CB/NB Water Board
P.O. Box 539
Coos Bay, OR

Central Lincoln
P.O. Box 1126
Newport, OR

Charter Communications
P.O. Box 7173
Pasedena, CA

Childers Meat Co., Inc.
P.O. Box 41058
Eugene, OR 97404

Compumatic Time Recorders, Inc.
1518 Bellmore Avenue
Bellmore, NY 11710

Confluence Environmental Co.
146 N. Canal Street, Suite 111
Seattle, WA 98103

Coos Bay Oyster Company
PO Box 5478
Charleston, OR 97420

Daco
8825 S. 184th St.
Kent, WA 98031

Day Ship-Supply
702 Hemlock Ave.
Coos Bay, OR 97420

Empire Bakery
525 Newmark Ave.
Coos Bay, OR 97420

Empire Mercantile
640 Newmark Ave.
Coos Bay, OR 97420

Englund Marine & Industrial Supply
PO Box 296
Astoria, OR 97103

FedEx
PO Box 7221
Pasadena, CA 91109-7321

Ferguson Enterprises, Inc.
PO Box 847441
Dallas, TX 75284-7411

GLS US
PO Box 31990
Stockton, CA 95213

Golders Napa
957 S. Front St.
Coos Bay, OR 97420

Greg Dale
100 Pampus Lane
Fortuna, CA 95540

Haynie Trucking LLC
16209 W. Hoffeldt Ln., Unit B
Brookings, OR 97415

HMWFG
3690 Broadway
North Bend, OR 97459

Industrial Source
PO Box 7577
North Bend, OR 97459

IPFS Corporation
24744 Network Pl
Chicago, IL 60673-1247

Jorns & Associates
PO Box 782934
Wichita, KS 67278

Les County Sanitary
P.O. Box 625
North Bend, OR

Mutual of Enumclaw Insurance
PO Box 34983
Seattle, WA 98124-1983

North Bend Lanes
1225 Virginia Avenue
North Bend, OR 97459

Oyster Farmer's Son LLC
66227 North Bay Road
North Bend, OR 97459

Pacific Seafood Co.
P.O. Box 842757
Boston, MA 02284-2757

Palogix Supply Chain
19176 Hall Rd., Suite 125
Clinton Township, MI 48038

Patrick Myers Inc.
2580 Pony Creek Road
North Bend, OR 97459

Plauche & Carr LLP
1218 Third Avenue Suite 2000
Seattle, WA 98101

{00601854:1}

Roseburg Refrigeration
PO BOx 143
Roseburg, OR 97470

Sorenson Transport Co., Inc.
PO Box 311
Chehalis, WA 98532

Star-Box, Inc.
P.O. Box 2787
Newport Beach, CA 92659

Tarhell Aluminum
P.O. Box 5048
Coos Bay, OR 97420

TRLC, Inc.
531 Main Street, #866
El Segundo, CA 90245

Tyree Oil, Inc.
P.O. Box 2706
Eugene, OR 97402

United Airlines
PO Box 100292
Pasadena, CA 91189-0292

Whiskey Creek Shellfish Hatchery Inc.
2975 Netarts Bay Rd. W
Tillamook, OR 97141

Whit Industries
90742 Sand Dollar Lane
Coos Bay, OR 97420

White Summers Caffee & James, LLP
805 SW Broadway Suite 2440
Portland, OR 97205

{00601854:1}