Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Clausen Oysters, LLC,<br><br>          Debtor-in-Possession. | Case No. 23-60847-tmr11<br><br>ORDER GRANTING STIPULATED MOTION TO APPROVE COMPROMISE AND SETTLEMENT BETWEEN DEBTOR AND CLAUSEN FAMILY |

This matter having come before the Court pursuant to the Stipulated Motion to Approve Compromise and Settlement Between Debtor and Clausen Family [Docket No. 49] (the "Motion")[1], and the Court having reviewed the Motion and the Court's files herein; and the Court having jurisdiction and authority over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157(b)(2)(A); and the Court finding that notice of the Motion and the hearing thereon were good and proper under the circumstances; and the Court finding good cause exists to grant the relief requested in the Motion.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Proposed Settlement Agreement (as defined in the Motion), as applicable.

Page 1
{00614190:1}

STIPULATED MOTION TO EXTEND DEBTOR'S AUTHORITY TO USE CASH COLLATERAL

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 23-60847-tmr11    Doc 67    Filed 08/07/23

BASED ON THE RECORD, THE COURT FINDS AS FOLLOWS:

A. On July 20, 2023, the Court entered an Order granting the Motion, subject to the right of parties in interest to object to the Motion by August 3, 2023 [ECF No. 58] (the "***Initial Order***");

B. On July 20, 2023, notice of the Initial Order was mailed to all parties in interest, and such notice indicated that objections, if any, must be filed no later than August 3, 2023 [ECF No. 59].

C. On August 4, 2023, Debtor filed a Declaration of No Objection, indicating that no objections had been received or filed by the deadline in the Initial Order.

NOW, THEREFORE, IT IS HEREBY

ORDERED:

1. The Motion is GRANTED; and
2. The Proposed Settlement Agreement attached as <u>Exhibit 1</u> to the Conditional Order is approved.

###

PRESENTED BY:

MOTSCHENBACHER & BLATTNER LLP

<u>s/ Nicholas J. Henderson</u>
Nicholas J. Henderson, OSB No. 074027
(503) 417-0508 Direct
(503) 417-0501 Facsimile
nhenderson@portlaw.com
Of Attorneys for Debtor-in-Possession

Page 2
{00614190:1}

STIPULATED MOTION TO EXTEND DEBTOR'S AUTHORITY TO USE CASH COLLATERAL

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 23-60847-tmr11    Doc 67    Filed 08/07/23