Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No Case No. 23-60847-tmr11 |
|---|---|
| CLAUSEN OYSTERS, LLC, | |
| Debtor. | ORDER GRANTING MOTION TO EXTEND TIME TO FILE CHAPTER 11 PLAN |

THIS MATTER having come before the Court on the motion of Clausen Oysters, LLC, Debtor-in-Possession ("*Debtor*"), for the entry of an Order extending the deadline by which Debtor's Chapter 11 Plan must be filed [Dckt No. 70]. The Court having reviewed the Motion and being otherwise duly advised; now, therefore,

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Page 1 of 2   ORDER GRANTING MOTION TO EXTEND TIME TO FILE CHAPTER 11 PLAN
{00617028:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 23-60847-tmr11    Doc 71    Filed 08/18/23

IT IS HEREBY ORDERED as follows:

1) Debtor's Motion is GRANTED

2) The Debtor shall file its Chapter 11 Plan on or before September 16, 2023.

# # #

Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
117 SW Taylor Street, Suite 300
Portland, OR 97204
(503) 417-0508 Direct
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor-in-Possession

Page 2 of 2   ORDER GRANTING MOTION TO EXTEND TIME TO FILE
{00617028:1}   CHAPTER 11 PLAN

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 23-60847-tmr11    Doc 71    Filed 08/18/23