# EXHIBIT 2: CASH FLOW PROJECTIONS (12 MONTH)

| | December | January | February | March | April | May | June | July | August | September | October | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | - |
| Wholesale Oysters | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 70,000.00 | 770,000.00 |
| Deli | 15,000.00 | 15,000.00 | 12,000.00 | 20,000.00 | 25,000.00 | 30,000.00 | 40,000.00 | 50,000.00 | 45,000.00 | 38,000.00 | 30,000.00 | 320,000.00 |
| Chef Direct | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 35,000.00 | 25,000.00 | 335,000.00 |
| **Total Income** | **110,000.00** | **110,000.00** | **107,000.00** | **115,000.00** | **130,000.00** | **135,000.00** | **145,000.00** | **155,000.00** | **150,000.00** | **143,000.00** | **125,000.00** | **1,425,000.00** |
| | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | - |
| Deli | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 55,000.00 |
| Freight - Chef Direct | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 77,000.00 |
| Freight - Wholesale | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 44,000.00 |
| Farm Operations | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 33,000.00 |
| Neilson | 520.00 | 520.00 | 520.00 | 520.00 | 520.00 | 520.00 | 520.00 | 520.00 | 520.00 | 520.00 | 520.00 | 5,720.00 |
| Fork Lift | 422.51 | 422.51 | 422.51 | 422.51 | 422.51 | 422.51 | 422.51 | 422.51 | 422.51 | 422.51 | 422.51 | 4,647.61 |
| Ice Machine | 251.01 | 251.01 | 251.01 | 251.01 | 251.01 | 251.01 | 251.01 | 251.01 | 251.01 | 251.01 | 251.01 | 2,761.11 |
| Larvae | - | - | - | 14,000.00 | 14,000.00 | 14,000.00 | 14,000.00 | 14,000.00 | 14,000.00 | 14,000.00 | - | 98,000.00 |
| Seed | - | - | - | - | - | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | - | 60,000.00 |
| Cental Lincoln | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 17,600.00 |
| CB/NB | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 2,750.00 |
| Les Sanitary | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 430.00 | 4,730.00 |
| Payroll | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 440,000.00 |
| Payroll Taxes | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 39,600.00 |
| Office Supplies | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 11,000.00 |
| Telephone - Charter | 320.00 | 320.00 | 320.00 | 320.00 | 320.00 | 320.00 | 320.00 | 320.00 | 320.00 | 320.00 | 320.00 | 3,520.00 |
| Square Fee | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 1,540.00 |
| Jotform | 19.00 | 19.00 | 19.00 | 19.00 | 19.00 | 19.00 | 19.00 | 19.00 | 19.00 | 19.00 | 19.00 | 209.00 |
| U.S. Bank Equipment | 58.00 | 59.00 | 60.00 | 61.00 | 62.00 | 63.00 | 64.00 | 65.00 | 66.00 | 67.00 | 68.00 | 693.00 |
| Intuit | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 140.00 | 1,540.00 |
| Uattend | 58.20 | 59.20 | 60.20 | 61.20 | 62.20 | 63.20 | 64.20 | 65.20 | 66.20 | 67.20 | 68.20 | 695.20 |
| Payroll Fees | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 440.00 | 4,840.00 |
| Acct/Bookkeeping | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 27,500.00 |
| Bills Pest | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 145.00 | 1,595.00 |
| Square Credit Card Fees | 400.00 | 300.00 | 500.00 | 600.00 | 700.00 | 700.00 | 1,000.00 | 1,200.00 | 1,000.00 | 800.00 | 600.00 | 7,800.00 |
| Banner Bank Fees | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,200.00 |
| QB's Checking acct fees | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 1,650.00 |
| WF Bank Fees | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 12,100.00 |
| IPFS | 705.00 | 705.00 | 705.00 | 705.00 | 705.00 | 705.00 | 705.00 | 705.00 | 705.00 | 705.00 | 705.00 | 7,755.00 |
| Workers Comp | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 17,600.00 |
| | | | | | | | | | | | | |
| Taxes & Licenses | 2,900.00 | - | - | - | - | - | - | - | - | - | - | 2,900.00 |
| **Total Expenses** | **77,948.72** | **74,950.72** | **75,152.72** | **89,254.72** | **89,356.72** | **101,358.72** | **101,660.72** | **101,862.72** | **101,664.72** | **101,466.72** | **75,268.72** | **989,945.92** |
| | | | | | | | | | | | | |
| Other Income | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan Pmt/Interest Expenses | - | - | - | - | - | (20,500.00) | (20,500.00) | (20,500.00) | (20,500.00) | (20,500.00) | (20,500.00) | (123,000.00) |
| | | | | | | | | | | | | |
| Net Income P&L | 32,051.28 | 35,049.28 | 31,847.28 | 25,745.28 | 40,643.28 | 13,141.28 | 22,839.28 | 32,637.28 | 27,835.28 | 21,033.28 | 29,231.28 | 312,054.08 |

In re: Clausen Oysters, LLC

Case No. 23-60847-tmr11