**Nicholas J. Henderson, OSB #074027**
nick@elevatelawpdx.com
Elevate Law Group
6000 SW Meadows Road, Suite 450
Lake Oswego, OR 97035
Telephone: (503) 417-0508
Facsimile: (503) 417-0501

Of Attorneys for Clausen Oysters, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 23-60847-tmr11 |
|---|---|
| CLAUSEN OYSTERS, LLC <br><br> Debtor. | SUPPLEMENT TO SECOND AMENDED PLAN OF REORGANIZATION DATED DECEMBER 8, 2023 |

Clausen Oysters, LLC (the "***Debtor***"), hereby provides notice of the following Supplement to the Debtor's Second Amended Plan of Reorganization dated December 8, 2023 [ECF No. 110] (the "***Plan***"). The following supplement is intended to become part of the Plan.

SUPPLEMENT TO PLAN

1. Debtor adds the following provision to Article VII of the Plan, which was previously omitted:

**<u>Management Post-Confirmation</u>**. Upon confirmation of the Plan and occurrence of the Effective Date, the Debtor's manager shall continue to be Seth Silverman, who shall continue to operate and manage the businesses and assets of the Debtor on a day-to-day basis and in a manner substantially similar to prepetition operations.

Page 1 of 2   SUPPLEMENT TO SECOND AMENDED PLAN OF REORGANIZATION DATED DECEMBER 8, 2023

{00640007:1}

ELEVATE LAW GROUP
6000 SW Meadows Road, Suite 450
Lake Oswego, OR 97035
Phone: 503-417-0500
Fax: 503-417-0501
www.elevatelawpdx.com

Case 23-60847-tmr11    Doc 119    Filed 12/20/23

2. Except as explicitly set forth herein, all other provisions of the Plan shall remain unchanged.

DATED: December 20, 2023

        MOTSCHENBACHER & BLATTNER LLP

        /s/ Nicholas J. Henderson
        Nicholas J. Henderson, OSB #074027
        Telephone: 503-417-0508
        E-mail: nick@elevatelawpdx.com
        Of Attorneys for Debtor

Page 2 of 2    SUPPLEMENT TO SECOND AMENDED PLAN OF REORGANIZATION DATED DECEMBER 8, 2023

{00640007:1}

ELEVATE LAW GROUP
6000 SW Meadows Road, Suite 450
Lake Oswego, OR 97035
Phone: 503-417-0500
Fax: 503-417-0501
www.elevatelawpdx.com

Case 23-60847-tmr11    Doc 119    Filed 12/20/23