| | | |
|---|---|---|
| 10:00 23-60847-tmr11 | Clausen Oysters, LLC - db | NICHOLAS J HENDERSON |
| | Geoff Groshong - tr | |
| | US Trustee, Eugene - ust | JONAS ANDERSON |

**Matter: Rescheduled Confirmation Hearing**

Additional Appearances: Seth Silverman, Debtor Representative

Summary of Proceedings

Mr. Henderson discussed the pending issues with the IRS and the priority tax claim. He indicated he is in contact with Mr. Textor from the IRS and expects a response later this week about the status of the claim. He addressed the requirements of confirmation.
Mr. Groshong and Mr. Anderson expressed their concerns regarding the IRS and priority tax claim issues and moving forward to confirmation.
Testimony was given by Mr. Silverman.

Determination of the Court

The confirmation hearing is continued to February 8, 2024, at 10:00 a.m., by video. Visit www.orb.uscourts.gov/video-hearings for connection information. The court will not send separate notice.
Mr. Henderson to file a status report by end of day on February 6, 2024, regarding the IRS claim and any progress made on the issues.
The court will enter an order granting the motion to extend time to file the monthly operating report for December 2023.

Order to be prepared by: _____ Clerk's Office    _____ Chambers    Other:

Minute Order: