UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

_____

Debtor

Case No. _____

Amended

**NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN AND COMPENSATION APPLICATIONS**

1. The court entered an order on _____ as ECF No. _____ confirming a chapter 11 plan of reorganization. The order is enclosed.

   If the plan was proposed by debtor, the debtor's address and taxpayer ID# (last 4 digits) are: _____

2. Unless a written objection, setting forth specific grounds for objections, is filed with the clerk at 1050 SW 6th Ave. #700, Portland, OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401, within 21 days of this notice's service date in paragraph 3, the court will consider the following applications for compensation or administrative expenses, if any, without further notice:

| Applicant | Total Amount of Final Request | Total Amount Paid to Date Including Retainers | Balance Due | Estimate of Case Related Post-Confirmation Compensation (*Indicate if Included in Total Amount of Final Request*) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**1190 (12/1/2022)**                     Page 1 of 2

3. On _____ this notice was served by mail on the debtor, all creditors, any trustee, equity security holders, other parties in interest, and, if known, any identified entity subject to an injunction provided for in the plan against conduct not otherwise enjoined under the Bankruptcy Code. A list of the names, addresses, and methods for service of all parties served on paper is attached.

_____
Signature                                                                                            Date

_____
Name

_____
Relationship to Case

_____
Service Address

_____

Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>CLAUSEN OYSTERS, LLC.<br><br>Debtors. | Case No.: 23-60847-tmr11<br><br>**ORDER CONFIRMING DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION DATED DECEMBER 8, 2023, PURSUANT TO 11 U.S.C. § 1191(a)** |

This matter came before the Court on January 24, 2024, and February 8, 2024, for confirmation of the Debtor's Second Amended Plan of Reorganization dated December 8, 2023 [ECF No. 110], as supplemented by the Supplement to Debtor's Second Amended Plan of Reorganization dated December 8, 2023 [ECF No. 119] (together, the "*Plan*"). Based upon the evidence, including declarations in the record and evidence considered based on requests for judicial notice,

/ / / / /

/ / / / /

Page 1 of 2
{00649095:2}

ORDER CONFIRMING DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION DATED DECEMBER 8, 2023

**ELEVATE LAW GROUP**
6000 SW Meadows Road, Suite 450
Lake Oswego, OR 97035
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 23-60847-tmr11    Doc 138    Filed 02/08/24

THE COURT HEREBY FINDS as follows:

A. This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334. Confirmation of the Plan is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is properly before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

B. The Court further finds that the Plan was properly transmitted to creditors and parties in interest and that all objections to the Plan, if any, have been resolved.

C. All requirements for confirmation contained in 11 U.S.C. §§ 1129 and 1191 have been satisfied.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Plan is confirmed as a consensual plan pursuant to 11 U.S.C. §§ 1129 and 1191(a) of the Bankruptcy Code.

2. Debtor is discharged from any debt that arose before entry of this order, as provided in 11 U.S.C. § 1141(d).

# # #

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order presented by:

ELEVATE LAW GROUP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Email: nick@elevatelawpdx.com
6000 SW Meadows Road, Suite 450
Lake Oswego, OR 97035
(503) 417-0508 Direct
    Counsel for Debtor Clausen Oysters LLC

Page 2 of 2
{00649095:2}

ORDER CONFIRMING DEBTOR'S SECOND AMENDED
PLAN OF REORGANIZATION DATED DECEMBER 8, 2023

ELEVATE LAW GROUP
6000 SW Meadows Road, Suite 450
Lake Oswego, OR 97035
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 23-60847-tmr11    Doc 138    Filed 02/08/24

```
Label Matrix for local noticing          Alaska Air Cargo                         Alison R. Barber
0979-6                                   P.O. Box 749877                          411 SW 2nd Ave., Ste 400
Case 23-60847-tmr11                      Los Angeles, CA 90074-9877               Portland, OR 97204-3408
District of Oregon
Eugene
Thu Mar  7 17:25:25 PST 2024

Amerigas                                 Axle Logistics                           BNT Promotional Products
P.O. Box 660288                          P.O. Box 631490                          PO Box 327
Dallas, TX 75266-0288                    Cincinnati, OH 45263-1490                North Bend, OR 97459-0028


Bandon Fabrication, LLC                  Bank of the West                         CB/NB Water Board
55374 Rosa Road                          Attn: Nandita Bakhshi                    P.O. Box 539
Bandon, OR 97411-7213                    295 Bush Street                          Coos Bay, OR 97420-0108
                                         San Francisco, CA 94104-4299


CT Corporation System                    Capital One                              Central Lincoln
330 N. Brand Blvd., Suite 700            PO Box 60599                             P.O. Box 1126
Glendale, CA 91203-2336                  City of Industry, CA 91716-0599          Newport, OR 97365-0090


Charter Communications                   Childers Meat Co., Inc.                  Clausen Oysters, LLC
P.O. Box 7173                            P.O. Box 41058                           66234 North Bay Road
Pasedena, CA 91109-7173                  Eugene, OR 97404-0210                    North Bend, OR 97459-8506


Compumatic Time Recorders, Inc.          Confluence Environmental Co.             Coos Bay Oyster Company
1518 Bellmore Avenue                     146 N. Canal Street, Suite 111           PO Box 5478
Bellmore, NY 11710-5506                  Seattle, WA 98103-8652                   Charleston, OR 97420-0613


Daco                                     David O. Clausen                         David O. Clausen
8825 S. 184th St.                        49667 Highway 101                        c/o Garrett S. Eggen
Kent, WA 98031-1232                      Bandon, OR 97411-8236                    Sussman Shank LLP
                                                                                  1000 SW Broadway Suite 1400
                                                                                  Portland, OR 97205-3089

Day Ship-Supply                          GARRETT EGGEN                            Elevate Law Group
702 Hemlock Ave.                         Sussman Shank LLP                        6000 Meadows Road, Suite 450
Coos Bay, OR 97420                       1000 SW Broadway, Suite 1400             Lake Oswego, OR 97035-3628
                                         Portland, OR 97205-3089


Empire Bakery                            Empire Mercantile                        Englund Marine & Industrial Supply
525 Newmark Ave.                         640 Newmark Ave.                         PO Box 296
Coos Bay, OR 97420-3256                  Coos Bay, OR 97420-3203                  Astoria, OR 97103-0296


SUSAN S FORD                             FedEx                                    Ferguson Enterprises, Inc.
1000 SW Broadway #1400                   PO Box 7221                              PO Box 847441
Portland, OR 97205-3066                  Pasadena, CA 91109-7321                  Dallas, TX 75284-7411
```

| | | |
|---|---|---|
| GLS US<br>PO Box 31990<br>Stockton, CA 95213-1990 | Golders Napa<br>957 S. Front St.<br>Coos Bay, OR 97420-1482 | Greg Dale<br>100 Pampus Lane<br>Fortuna, CA 95540-9255 |
| Geoff Groshong<br>600 Stewart Street<br>Ste 1300<br>Seattle, WA 98101-1255 | NICHOLAS J HENDERSON<br>Elevate Law Group<br>6000 SW Meadows Road<br>Ste 450<br>Lake Oswego, OR 97035-3628 | HMWFG<br>3690 Broadway<br>North Bend, OR 97459-2200 |
| Haglund Kelley LLP<br>c/o Joshua J. Stellmon<br>2177 SW Broadway<br>Portland, OR 97201-3129 | Haynes Inlet, LLC<br>66234 North Bay Road<br>North Bend, OR 97459-8506 | Haynes Inlet, LLC<br>8306 Wilshire Blvd., #1913<br>Beverly Hills, CA 90211-2304 |
| Haynie Trucking LLC<br>16209 W. Hoffeldt Ln., Unit B<br>Brookings, OR 97415-9470 | (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 | IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Industrial Source<br>PO Box 7577<br>North Bend, OR 97459 | Jorns & Associates<br>PO Box 782934<br>Wichita, KS 67278-2934 | Jorns & Associates LLC<br>301 N. Saint Francis St.<br>Wichita, KS 67202-2621 |
| Kimberly D. Stoltz<br>36377 Bartoldus Loop<br>Astoria, OR 97103-8510 | Kimberly D. Stolz<br>c/o Garrett S. Eggen<br>Sussman Shank LLP<br>1000 SW Broadway Suite 1400<br>Portland, OR 97205-3089 | Les County Sanitary<br>P.O. Box 625<br>North Bend, OR 97459-0051 |
| Lilli K. Clausen<br>c/o Garrett S. Eggen<br>Sussman Shank LLP<br>1000 SW Broadway Suite 1400<br>Portland, OR 97205-3089 | Lilli K. Clausen, Steven O. Clausen,<br>David O. Clausen, Kimberly D. Stoltz<br>93488 Promise Lane<br>Coos Bay, OR 97420-5315 | Michael W Gantenbein<br>Whit Industries<br>90742 Sand Dollar Ln<br>Coos Bay, OR 97420-7667 |
| Mutual of Enumclaw Insurance<br>PO Box 34983<br>Seattle, WA 98124-1983 | North Bend Lanes<br>1225 Virginia Avenue<br>North Bend, OR 97459-2715 | Ocean Empire Seafood<br>274 Harbor Way<br>South San Francisco, CA 94080-6816 |
| Oregon International Port of Coos Bay<br>c/o John Burns, CEO<br>125 W. Central Ave, Ste 300<br>Coos Bay, OR 97420-2378 | Oyster Farmer's Son LLC<br>66227 North Bay Road<br>North Bend, OR 97459-8506 | Pacific Seafood Co.<br>P.O. Box 842757<br>Boston, MA 02284-2757 |
| Palogix Supply Chain<br>19176 Hall Rd., Suite 125<br>Clinton Township, MI 48038-6914 | Patrick Myers Inc.<br>2580 Pony Creek Road<br>North Bend, OR 97459-2651 | Plauche & Carr LLP<br>1218 Third Avenue Suite 2000<br>Seattle, WA 98101-3235 |

| | | |
|---|---|---|
| Roseburg Refrigeration<br>PO BOx 143<br>Roseburg, OR 97470-0020 | TROY SEXTON<br>Elevate Law Group<br>6000 Meadows Road<br>Ste 450<br>Lake Oswego, OR 97035-3628 | THOMAS W STILLEY<br>1000 SW BROADWAY #1400<br>PORTLAND, OR 97205-3066 |
| Sorenson Transport Co., Inc.<br>PO Box 311<br>Chehalis, WA 98532-0311 | Star-Box, Inc.<br>P.O. Box 2787<br>Newport Beach, CA 92659-0279 | Steven O. Clausen<br>337 W. Hazel Street<br>Roseburg, OR 97471-2209 |
| Steven O. Clausen<br>c/o Garrett S. Eggen<br>Sussman Shank LLP<br>1000 SW Broadway Suite 1400<br>Portland, OR 97205-3089 | TRLC, Inc.<br>531 Main Street, #866<br>El Segundo, CA 90245-3006 | Tarhell Aluminum<br>P.O. Box 5048<br>Coos Bay, OR 97420-0641 |
| Tyree Oil, Inc.<br>P.O. Box 2706<br>Eugene, OR 97402-0266 | US Bank<br>PO Box 790167<br>Saint Louis, MO 63179-0167 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Trustee, Eugene<br>405 E 8th Ave #1100<br>Eugene, OR 97401-2728 | United Airlines<br>PO Box 100292<br>Pasadena, CA 91189-0292 | Whiskey Creek Shellfish Hatchery Inc.<br>2975 Netarts Bay Rd. W<br>Tillamook, OR 97141-8330 |
| Whit Industries<br>90742 Sand Dollar Lane<br>Coos Bay, OR 97420-7667 | (p)WHITE SUMMERS CAFFEE & JAMES<br>ATTN AMANDA BLAUFUS<br>805 SW BROADWAY<br>SUITE 2440<br>PORTLAND OR 97205-3317 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IPFS Corporation<br>24744 Network Pl<br>Chicago, IL 60673-1247 | US Bank, N.A.<br>Attn: Andrew Cecere, President<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | White Summers Caffee & James, LLP<br>805 SW Broadway Suite 2440<br>Portland, OR 97205 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)David Clausen | (u)Lilli Clausen | (u)Steven Clausen |

(d)Confluence Environmental Company
146 N Canal Street
Suite 111
Seattle, WA 98103-8652

(u)Kimberly Stolz

(d)Whiskey Creek Shellfish Hatchery, Inc.
2975 Netarts Bay Rd. W.
Tillamook, OR 97141-8330

End of Label Matrix
Mailable recipients    76
Bypassed recipients     6
Total                  82