02:30 23-60847-tmr11　　　　　　Clausen Oysters, LLC - db　　　　　　NICHOLAS J HENDERSON

　　　　　　　　　　　　　　　　Geoff Groshong - tr
　　　　　　　　　　　　　　　　US Trustee, Eugene - ust　　　　　　BENJAMIN TEICH

**Matter: Trustee's Statement of Failure to Comply (Re: 136 Order Confirming Plan Pursuant to 1191(a) and Order Discharging Debtor Re: 110 Second Amended Chapter 11 Plan of Reorganization Filed by Debtor Clausen Oysters, LLC Doc. #156**

Additional Appearances: Seth Silverman, Debtor Representative

Summary of Proceedings

Mr. Henderson discussed the debtor's current financial situation and explanation for nonpayment of administrative fees including the trustee's fees due to the chapter 11 sub v trustee. He also noted that he has not received any payment for his fees from the debtor.

Mr. Groshong and Mr. Teich discussed their respective positions and concerns on the status of the payments to the trustee and the debtor's current financial situation. Both requested financial reports and supporting documents along with a declaration from debtor's representative that includes an explanation of the unexpected equipment failures and repairs.

Determination of the Court

The hearing on trustee's statement of failure to comply is continued to January 9, 2025, at 1:30 p.m., by telephone - TMR Dial (855) 244-8681, Enter Meeting ID 2316 942 9358#. The court will not send separate notice.

By December 17, 2024, the debtor must provide to both Mr. Groshong and Mr. Teich copies of the general ledger and information regarding the creditors paid under the plan, the amounts paid, the dates paid, and the method of payment.

By January 3, 2025, the debtor must file a report detailing the status of the debtor's performance under the plan including the payments made, efforts to secured funding and otherwise perform plan requirements, and any additional actions needed to bring the debtor current.

Order to be prepared by:　　　_____ Clerk's Office　　　_____ Chambers　　　Other:

Minute Order: